# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D23-686
Lower Tribunal No. MM21-004519-BA

_____

TRAVIS LEE CAMPBELL,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the County Court for Polk County.
David E. Stamey, Jr., Judge.

February 6, 2024

PER CURIAM.

AFFIRMED.

WHITE, BROWNLEE and GANNAM, JJ., concur.

Howard L. "Rex" Dimmig, II, Public Defender, and Clark E. Green, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and William C. Shelhart, Assistant Attorney General, Tampa, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED